*E-Filed 11/24/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS, | No. C 14-4278 RS (PR) |
| Plaintiff, | **ORDER RE: INSTRUCTIONS TO PLAINTIFF** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendants. | |

The sole defendant in this action, K.A. Thompson, once a correctional officer at San Quentin State Prison, remains unserved, the summons having been returned unexecuted. (Docket No. 32.) The Court instructed plaintiff to locate a current address for him. (Docket No. 35.) Plaintiff has provided only the address of the California Department of Corrections and Rehabilitation ("CDCR") headquarters in Sacramento. (Docket No. 39.)

Plaintiff is instructed to conduct some discovery on this matter. He should write both San Quentin and the CDCR in Sacramento with a request for Thompson's current address. On or before January 25, 2016, plaintiff shall inform the Court whether he has received any information and, if so, what information that is. Failure to do so, or to provide a current address for Thompson, will result in the dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

DATED: November 24, 2015

RICHARD SEEBORG
United States District Judge